CITY BANK FARMERS TRUST COMPANY et al., as Trustees under an Indenture of Trust Dated December 30, 1926, Respondents, v. STELLA S. HOUSMAN et al., as Executors of WILLIAM O. BURTON, Deceased, Defendants; HARRY CIVILETTI, as Executor of PATRICIA B. LONERGAN, Deceased, et al., Respondents, and AMERICAN AID SOCIETY OF PARIS, FRANCE, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See 269 App. Div. 1059.]

ANDREW DELL'AQUILA, Appellant, v. ANTONIO LENTINI, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel and Aldrich, JJ.; Nolan, J., not voting. [See *ante,* p. 763.]

In the Matter of WALTER J. KLEIN, an Attorney, Respondent. RICHMOND COUNTY BAR ASSOCIATION, Petitioner.— Matter referred to Honorable George E. Brower, Official Referee, to hear and to report with his opinion. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

In the Matter of SARAH ROSENBAUM, Appellant, against LEO WOLFF, Respondent.— Motion for permission to appeal to the Appellate Division from an order of the County Court of Rockland County denying, upon conditions, a motion to dismiss an appeal from the Justice's Court, Town of Ramapo, and for a stay denied, without costs. The statutory provisions relating to such appeals neither require nor authorize such permission. (Civ. Prac. Act, §§ 622, 623.) The motion for a stay pending such appeal is denied for lack of a meritorious showing. (Justice Ct. Act, § 433; L. 1920, ch. 937; *Black* v. *Maitland,* 1 App. Div. 6; *Harrison Bros. Co., Inc.,* v. *Excelsior Bag & Mfg. Co.,* 180 App. Div. 790.) Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ.

In the Matter of a Plan of Readjustment 'of the Rights of the Holders of Investments in a Mortgage Covering Premises 310 RIVERSIDE BOULEVARD, CITY OF LONG BEACH, Guaranteed by Bond and Mortgage Guarantee Company. (Guarantee No. 170,928.) In the Matter of BROOKLYN TRUST COMPANY, as Trustee under a Declaration of Trust Dated March 25, 1936, for the Consideration of a Proposed Sale of the Premises Comprising the Trust Estate, Respondent. JESSE N. SCHIFFMAN et al., Appellants; ABRAHAM WERMAN et al., Respondents.— Motion for reargument denied, without costs. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See *ante,* pp. 815, 823.]

KATE L. PECK, Respondent, v. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Defendant, and PETER DURYEA, as Trustee of New Jersey and New York Railroad Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See *ante,* p. 773.]

HENRY RECHTSCHAFFER, Respondent, v. JACOB RECHTSCHAFFER, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lewis, P. J., Johnston, Adel, Aldrich and Nolan, JJ. [See *ante,* p. 812.]